# UNITED STATES DISTRICT COURT
## for the
Eastern District of Washington

| | |
|---|---|
| JOHN JAMES HARTZ, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) Civil Action No.   2:20-CV-0056-TOR |
| | ) |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Petition for Writ of Habeas Corpus is DISMISSED.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ Thomas O. Rice _____ pursuant to Rule 4, Rules Governing Section 2254 Cases in the United States District Courts.

Date:  March 13, 2020 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Linda L. Hansen _____
*(By) Deputy Clerk*

Linda L. Hansen _____